IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA ISAAC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 16 C 8311 |
| | ) | |
| ALVERNO CLINICAL LAB, | ) | MAGISTRATE JUDGE M. DAVID WEISMAN |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## S T I P U L A T I O N   O F   D I S M I S S A L

It is hereby stipulated by and between the Plaintiff, PAMELA ISAAC, and the Defendants,

ALVERNO CLINICAL LAB, *et al.*, acting through their respective attorneys, that the above-

captioned litigation be dismissed with prejudice and without fees and costs, all matters in

controversy for which the action was brought having been resolved between the parties.

DATE: _____December 20, 2016_____          /s/  Pasquale A. Fioretto _____

DATE: _____December 20, 2016_____          /s/  Linda K. Horras _____

Pasquale A. Fioretto
Attorney for the Plaintiff
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204218
Telephone:  (312) 216-2566
Facsimile: (312) 236-0241
E-Mail: pfioretto@baumsigman.com


Linda K. Horras
Susan M. Kusper
Attorneys for the Defendants
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL   60601-1081
Telephone: (312) 704-3022
Facsimile: (312) 704-3001
E-Mail: lhorras@hinshawlaw.com

I:\Isaac\stipulation of dismissal.paf.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>5:00 p.m.</u>, this <u>20th</u> day of <u>December 2016</u>, he electronically filed the foregoing document (Stipulation of Dismissal) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Ms. Linda K. Horras
> Ms. Susan M. Kusper
> Hinshaw & Culbertson, LLP
> 222 N. LaSalle Street, Suite 300
> Chicago, IL   60601-1081
> lhorras@hinshawlaw.com
> skusper@hinshawlaw.com

/s/   Pasquale A. Fioretto

Pasquale A. Fioretto
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6204218
Telephone: (312) 216-2566
Facsimile: (312) 236-0241
E-Mail: pfioretto@baumsigman.com

I:\Isaac\stipulation of dismissal.paf.df.wpd